# IN THE SUPREME COURT OF THE STATE OF NEVADA

JPMORGAN CHASE BANK, N.A.,
                    Appellant,
vs.
SATICOY BAY LLC 5328 DONORA,
                    Respondent.

No. 74098

**FILED**

JUL 0 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S.Young_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Jerry A. Wiese, District Judge
       Smith Larsen & Wixom
       Law Offices of Michael F. Bohn, Ltd.
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-24990